Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Intermediate Account of Louis Z. Green, as Committee, etc., of James I. Doran, an Incompetent Person, etc., Appellant. Mary T. Mack, as Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

In the Matter of the Petition of Lloyd M. Howell, Respondent, to Enforce an Attorney's Lien. Laura A. Cregan, Appellant.— Order modified by striking out the costs as we cannot say that the administratrix has unreasonably resisted the claim. The terms of the order for payment should be in the form of a final order foreclosing a lien (*Matter of King*, 168 N. Y. 53), without the present liability for contempt. As thus modified order affirmed, without costs to either party. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

In the Matter of the Compulsory Judicial Settlement of the Estate of William N. Slater, Deceased. (Appeal No. 1.) — Order of the Surrogate's Court of Westchester county of October 9, 1914, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Compulsory Judicial Settlement of the Estate of William N. Slater, Deceased. (Appeal No. 2.) — Order of the Surrogate's Court of Westchester county of October 14, 1914, modified so as to enjoin and restrain Sarah B. Slater, now Sarah S. Holzworth, individually and as executrix of the estate of William N. Slater, deceased, from transferring, or attempting to transfer, any of the stock of the Port Chester Lumber Company, held by her as such executrix, or from voting the stock of said company at any meeting of the stockholders thereof, called previous to the institution of these proceedings, or which may thereafter be called at her instance, or from interfering with the ordinary, customary routine of the business and policy of the said corporation, until such time as the proceedings for the final judicial settlement of the estate of said William N. Slater, now pending, have been finally terminated by a decree therein, and such distribution made thereunder as the court may direct, and as so modified the said order is affirmed, without costs. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Gertrude M. Jones, Appellant, v. Richard Sandiford, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Erik L. Karlsson, Appellant, v. The Gilbert & Bennett Manufacturing Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Frederick Peters, Appellant, v. Harry W. Kelsey, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Alexander Gold-